

# NUMBER 13-13-00345-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**STATE OF TEXAS,**                                                                **Appellant,**

**v.**

**MICHAEL CLACK,**                                                                **Appellee.**

---

### On appeal from the 28th District Court
### of Nueces County, Texas.

---

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on appellee's unopposed motion to lift stay. On July 16, 2013, the Court granted the State's motion for stay and ordered the trial court's proceedings stayed pending disposition of the State's appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e) (Vernon Supp. 2007).

The Court, having examined and fully considered the motion to lift stay, is of the opinion that said motion should be granted.   The motion to lift stay is GRANTED for the limited purposes of requesting a bond pending appeal in this matter.   The trial court's proceedings regarding all other matters remain STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of October, 2013.

2